**Statement of Claim**

Plaintiff, **Helen-Amy: Doughty**, a living woman and the rightful **Beneficiary** of the **Helen Doughty Estate Trust**, brings this claim in **private capacity**, seeking immediate equitable intervention to prevent the unlawful conversion, dispossession, and concealment of trust property located at **25 Welch Point Rd, Winthrop, Maine [04364]**, and to preserve her beneficial interest therein.

Plaintiff asserts that one or more presumed fiduciaries, agents, or third-party claimants — including **Gateway Title**, **Ted Wiederhorn**, and **John and/or Jane Does 1–100** — have engaged in unauthorized, non-consensual activity resulting in:

1. The **denial of physical access** to the estate property;
2. The **unlawful conveyance or encumbrance** of trust property without notice or consent of the Beneficiary;
3. **Failure to disclose or account** for fiduciary obligations owed to the Estate and its Beneficiary;
4. **Conversion of equitable property** held in trust for private gain;
5. **Breach of fiduciary duty**, resulting in harm to the trust res and obstruction of the Plaintiff's right to administer or settle the estate.

The actions taken (or omitted) by the named and unknown parties have caused **irreparable harm** and violate Plaintiff's rights under:

- **The Fifth Amendment of the United States Constitution** (Due Process Clause);
- **Federal Equity Jurisdiction under Article III, § 2**;
- **28 U.S.C. § 1331** (Federal Question);
- **28 U.S.C. § 2201** (Declaratory Judgment Act);
- **Rule 65 of the Federal Rules of Civil Procedure** (Temporary Restraining Order / Injunction).

Plaintiff demands:

- **Emergency injunctive relief** (TRO) to prevent further harm or transfer of the property;
- **Declaratory judgment** affirming Plaintiff's status as Beneficiary and right to access and administer the estate;
- **Reconveyance and return of control** over the trust res;

- **Monetary and equitable compensation** totaling **$100,000,000** due to wrongful conversion, concealment, and loss of estate property;

- Any and all further relief this Court deems just and equitable.

Plaintiff reserves all rights under common law, the law of equity, and private trust principles.

Blank on Purpose

The Plaintiff requests that the Court immediately order the following relief:

1. **Emergency injunctive relief** to stop any transfer, eviction, trespass, or further interference with the estate trust property located at **25 Welch Point Rd, Winthrop, Maine [04364]**, and to restore access and control to the Plaintiff as the Beneficiary.

2. **Declaratory relief** to confirm that Plaintiff is the lawful Beneficiary of the Helen Doughty Estate Trust and has the right to settle and administer the estate and to access and possess the property.

3. **Reconveyance of the trust property** and full restoration of legal and equitable rights related to the trust res.

4. **Actual damages** in the amount of **$100,000,000** for:

    a. the loss of use and enjoyment of trust property;

    b. wrongful dispossession and conversion of the estate;

    c. emotional distress and harm caused by the denial of access;

    d. obstruction of estate administration;

    e. concealment or mismanagement of trust assets by presumed fiduciaries.

5. **Punitive damages** in an amount to be determined by the Court, based on the willful and knowing actions of those who acted without right, authority, or due process, causing irreparable harm and violating Plaintiff's protected interests.

The harm caused by the Defendants' actions is **ongoing**, and Plaintiff remains without access to her trust property at the time of this filing. This is an emergency requiring immediate relief.

**Emergency Notice of Related State Court Action**

Plaintiff, Helen-Amy: Doughty, hereby gives notice that a related matter involving the same trust property and parties is scheduled for hearing in the Maine Judicial Court on **7/21/2025 at 1:00 PM**.

Plaintiff submits this federal emergency complaint seeking equitable relief, declaratory judgment, and injunctive protection, as the state court matter involves ongoing interference with trust property and the rights of the Beneficiary.

Plaintiff respectfully requests that this Court take judicial notice of the pending state action and, if necessary, consider issuing injunctive relief to prevent irreparable harm or conflicting judgments.