## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| HELEN A. DOUGHTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket No. 1:25-cv-00380-NT |
| | ) |
| GATEWAY TITLE and | ) |
| TED WIEDERHORN, | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 21, 2025, the Plaintiff filed a Complaint (ECF No. 1) and several other filings, including a Motion for Protective Relief or Stay of State Action (ECF No. 6), an Emergency Equity Motion for Settlement and Fiduciary Oversight (ECF 8), an Emergency Motion for Immediate Estate Settlement and Release of Funds (ECF No. 10), a Motion for Waiver or Delay of Service (ECF No. 11), and a Motion to Proceed in Camera or Under Seal for Equity Review (ECF No. 12).

On July 24, 2025, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 13). The Magistrate Judge recommended that I dismiss the Complaint and moot the pending motions. Recommended Decision 4.

The Plaintiff filed an objection to the Recommended Decision the same day. Objection to Magistrate Judge's Recommended Decision and Renewed Mot. for Immediate Judicial Relief (ECF No. 14). She has since filed a Supplemental

Emergency Motion to Expedite Ruling on ECF No. 10 (ECF No. 15), a Supplemental Emergency Motion to Stay Enforcement of State Court Writ, to Enjoin Title Company's Conversion, and to Compel Reconveyance (ECF No. 16), a Motion for Service (ECF No. 17), a Second Supplemental Statement in Support of Emergency Motion for Judicial Settlement of Estate and Release of Trust Funds (ECF No. 18), and a Motion to Compel Ruling on Emergency Motion for Judicial Settlement of Estate and Release of Trust Funds (ECF No. 19).

    I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**. Accordingly, all pending motions are **DENIED AS MOOT**.

SO ORDERED.

                                      /s/ Nancy Torresen
                                      United States District Judge

Dated this 1st day of August, 2025.